1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| In the matter of the complaint of Jason Munson, as the alleged owner of a certain "1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc." | No. 2:21-cv-00418-KJM-CKD ORDER |
|---|---|
| For exoneration from, or limitation of, liability. | |

WHEREAS, Plaintiff-in-Limitation JASON MUNSON (hereinafter "PLAINTIFF-IN-LIMITATION"), as the owner of a certain 1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc. ("Vessel"), filed a Complaint pursuant to the Limitation of Liability Act 46 U.S.C. § 30501 *et seq.*, claiming the right to exoneration from, or limitation of, liability for all claims arising out of that certain incident of on or about September 8, 2020, on the navigable waters of the United States on Lake Tahoe, at the Camp Richardson Marina in South Lake Tahoe, California, and involving the Vessel, as alleged and for the reasons and because of the circumstances set forth in the Complaint, and having filed a Stipulation Regarding Security for Value and Costs and Letter of Undertaking; and

WHEREAS, the aggregate value of PLAINTIFF-IN-LIMITATION's interest in the Vessel immediately following the subject incident is alleged as not exceeding seven thousand two hundred seventy dollars and no cents ($7,270.00), and GEICO Marine Insurance Company, as surety, pursuant to a letter of undertaking, consented and agreed to provide security for value and costs within the meaning of Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims and this Court's Local Rules;

IT IS HEREBY ORDERED that the Stipulation Regarding Security for Value and Costs and the Letter of Undertaking are approved for the purposes of allowing this matter to move forward.

IT IS SO ORDERED.

DATED: April 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE