UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the matter of the complaint of Jason Munson, as the alleged owner of a certain "1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc." For exoneration from, or limitation of, liability. | No. 2:21-cv-00418-KJM-CKD<br><br>ORDER |

It appearing that a Complaint has been filed in the above-captioned court by Plaintiff-in-Limitation, JASON MUNSON (hereinafter "PLAINTIFF-IN-LIMITATION"), as the owner of that certain 1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc. ("Vessel"), for exoneration from, or limitation of, liability pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.*, with respect to any and all losses, damages or claims, arising out of, resulting from, or in any manner connected with, the matters set forth in the Complaint, and the Complaint having stated the facts and circumstances upon which exoneration or limitation are claimed, and it appearing that the value of PLAINTIFF-IN-LIMITATION's interest in the Vessel immediately following the incident does not exceed seven thousand two hundred seventy dollars and no cents ($7,270.00), and it further appearing that PLAINTIFF-IN-LIMITATION has filed a Stipulation for Value and Costs and Letter of Undertaking, and it further appearing that claims have been made, or will be made, against PLAINTIFF-IN-LIMITATION or the

Vessel for losses or damages arising out of, or in some manner connected with, the matters set forth in the Complaint;

NOW, THEREFORE, on application of PLAINTIFF-IN-LIMITATION:

IT IS ORDERED that the institution or prosecution of any and all suits, actions or legal proceedings of any nature and description whatsoever, against PLAINTIFF-IN-LIMITATION or the Vessel, whether presently ongoing, filed but unknown, or to be filed in the future, except in this proceeding, with respect to any claims for injuries or damages arising out of, resulting from, or in any manner connected with, that which the Complaint in this action seeks exoneration from, or limitation of, liability be, and the same hereby are, stayed and restrained until the hearing and final determination of this proceeding;

IT IS FURTHER ORDERED that a monition issue out of and under the seal of this court to all persons and entities asserting any claim with respect to that which the Complaint in this action seeks exoneration from, or limitation of, liability admonishing them to file their respective claims with the Clerk of this court at the United States Courthouse, in writing and under oath, and to serve a copy thereof on the attorneys for PLAINTIFF-IN-LIMITATION, or be deemed in contumacy and default; provided that any such claim shall be filed on or before the thirtieth (30th) day following the last date of publication of the Notice of Complaint to be published in the *Tahoe Daily Tribune*, a newspaper of general circulation published in El Dorado County, as ordered by the court in a separate order filed concurrently with this order.

IT IS SO ORDERED.

DATED: April 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE