UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the matter of the complaint of Jason Munson, as the alleged owner of a certain "1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc." For exoneration from, or limitation of, liability. | No. 2:21-cv-00418-KJM-CKD<br><br>ORDER |

WHEREAS, a Complaint has been filed in the United States District Court for the Eastern District of California by Plaintiff-in-Limitation JASON MUNSON (hereinafter "PLAINTIFF-IN-LIMITATION") as owner of that certain 1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, and her engines, tackle, appurtenances, etc. ("Vessel"), for exoneration from, or limitation of, liability pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, with respect to any and all losses or damages arising out of, resulting from, or in any manner connected with, that certain incident of on or about September 8, 2020, on the navigable waters of the United States Lake Tahoe, on the Camp Richardson Marina in South Lake Tahoe, California, and involving the Vessel as alleged and

for the reasons and because of the circumstances set forth in the Complaint, and praying that a monition issue out of and under the seal of this court, admonishing all persons and entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid incident, to file their claims with the Clerk of this court at the United States Courthouse, and to serve a copy thereof on the attorneys for PLAINTIFF-IN-LIMITATION, on or before a date to be fixed by the court and no less than thirty (30) days after the issuance of this Order, or be deemed in contumacy and default, and that when all proceedings have been completed, if it shall appear that PLAINTIFF-IN-LIMITATION is not liable for any such loss or damage, it may be finally so decreed by this Court;

WHEREAS, PLAINTIFF-IN-LIMITATION has filed with this Court a stipulation for value and costs and letter of undertaking, and this Court having made and entered an order directing that a monition issue against all persons and/or entities claiming any loss, damage or injury arising out of, resulting from, or in any manner connected with, the aforesaid incident, admonishing them to file their claims with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for PLAINTIFF-IN-LIMITATION;

NOW, THEREFORE, PLAINTIFF-IN-LIMITATION IS HEREBY COMMANDED to notify and admonish all persons asserting claims with respect to that which the Complaint herein seeks exoneration from, or limitation of, liability to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court, or be deemed in contumacy and default; and to also notify and admonish all persons asserting such claims that any such claim shall be filed on or before the thirtieth (30th) day following the last date of publication of the Notice of Complaint as ordered below.

PLAINTIFF-IN-LIMITATION IS FURTHER COMMANDED to publish, or cause to be published, in:

1. <u>TAHOE DAILY TRIBUNE</u>, a newspaper of general circulation published in El Dorado County, California;

a notice substantially in the form as that filed concurrently herewith and entitled, "Notice of

Complaint," once in each week for four (4) successive weeks, with the notice advising claimants that any claims must be filed within thirty (30) days following the last date of publication and providing the actual date of that thirtieth day;

    IT IS ORDERED that, pursuant to Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, not later than the date of the second publication, PLAINTIFF-IN-LIMITATION shall mail a copy of the Notice of Complaint to every person and entity known to have asserted any claim against PLAINTIFF-IN-LIMITATION, or the Vessel, arising out of, resulting from, or in any manner connected with, that which the Complaint herein seeks exoneration from, or limitation of, liability;

    IT IS FURTHER ORDERED that the publication and mailing of the Notice of Complaint described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to that which the Complaint herein seeks exoneration from, or limitation of, liability.

    IT IS SO ORDERED.

DATED: April 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE