UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MUNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>1979 26 CAL SAILBOAT,<br><br>            Defendant. | No.  2:21-cv-0418-KJM-CKD<br><br>ORDER |

On January 25, 2022, the magistrate judge filed findings and recommendations (ECF No. 26), which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The court reviews de novo the magistrate judge's conclusions of law. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the matter, and for good cause appearing, the court adopts the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 26) are adopted in full.
2. Limitation plaintiff's Motion for Default Judgment (ECF No. 23) is granted.
3. Default judgment is entered in favor of limitation plaintiff Jason Munson and against all non-appearing claimants, known and unknown, who did not file and serve their claims and answers on or before June 27, 2021.

1

4. Limitation plaintiff is exonerated from liability for all claims arising out of the collision(s) involving the 1979 26' Cal Sailboat bearing Hull Identification Number CABAO138M781, her engines, tackle, appurtenances, etc., occurring on or about September 8, 2020.

5. The Clerk of Court is directed to close this case.

DATED: March 24, 2022.

<pre>
                                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE
</pre>