UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Munson ,<br><br>       Plaintiff,<br><br>  v.<br><br>1979 26' Cal Sailboat,<br><br>       Defendant. | Case No.  2:21-cv-00418-KJM-CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against:

All Known Claimants to have filed a claim in this action on or before 06/27/21

March 25, 2022                                          KEITH HOLLAND, CLERK

                                                                                                   By: /s/  K. Zignago, Deputy Clerk